607-07/EEL
FREEHILL, HOGAN & MAHAR
Attorneys for Defendant
A.P. MOLLER-MAERSK A/S
80 Pine Street, 24th Floor
New York, New York 10005-1759
(212) 425-1900
Eric E. Lenck (EL4547)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN HOME ASSURANCE
COMPANY, as subrogee of CROWN                    07 CV 10947 (BSJ)
EQUIPMENT CORPORATION,                           ECF CASE

        Plaintiff,

        -against-                                    **RULE 7.1 STATEMENT**

PANALPINA, INC. and A.P. MOLLER-
MAERSK A/S d/b/a Maersk Sealand and/or
Maersk Lines,

        Defendants.
------------------------------------------------------------x

     A.P. MOLLER-MAERSK A/S, by and through its attorneys, Freehill Hogan & Mahar, certifies that it has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       February 6, 2008

                          FREEHILL, HOGAN & MAHAR LLP
                          Attorneys for Defendant
                          A.P. MOLLER-MAERSK A/S

                          By: _____
                          ERIC E. LENCK (EL4547)
                          80 Pine Street
                          New York, New York 10005-1759
                          (212) 425-1900

NYDOCS1/298285.1