UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN HOME ASSURANCE COMPANY,
as subrogee of CROWN EQUIPMENT                    **ECF CASE**
CORPORATION,

                      Plaintiff,          07 Civ. 10947 (BSJ)

   - against -

PANALPINA, INC. and A.P. MOLLER-
MAERSK A/S d/b/a MAERSK-SEALAND
and/or MAERSK LINES,

                      Defendants.
------------------------------------------------------------X


      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant PANALPINA ( private non-governmental parties) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:


Panalpina Interfreight, Panalpina World Transport UK Ltd., Panalpina Air & Ocean GmbH, Panalpina SA, Panalpina Ltd., Panalpina Weltransport, Panalpina World Transport (Project), Panalpina ICM



      3/28/08                         S/ _____
Date                                            PETER J. ZAMBITO