STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

   I, Hazel S. Rosenthal, being duly sworn, say:  I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, NY 10005.  On April 23, 2008, I served the within **ANSWER TO CROSS-CLAIM OF PANALPINA, INC.**, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the last known address set forth after each name and also via ECF:

    McDERMOTT & RADZIK, LLP
    Attorneys for Plaintiff
    AMERICAN HOME ASSURANCE COMPANY
    88 Pine Street, 21st Floor
    New York, NY 10005-1801
    Attention: Edward C. Radzik, Esq.

    DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION
    Attorneys for Defendant
    PANALPINA INC.
    131 East 38th Street
    New York, NY 10016-2680
    Attention: Peter J. Zambito

            _/s/ Hazel S. Rosenthal_
            Hazel S. Rosenthal

Sworn to before me on this
23rd day of April, 2008.

_/s/ Joan Sorrentino_
Notary Public

JOAN SORRENTINO
Notary Public, State of New York
No. 01SO6067227
Qualified in New York County
Commission Expires December 3, 2009

NYDOCS1/298287.1