UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERICAN HOME ASSURANCE COMPANY, as subrogee of CROWN EQUIPMENT CORPORATION,

        Plaintiff,

  - against -

PANALPINA, INC. and A.P. MOLLER-MAERSK A/S d/b/a Maersk Sealand and/or Maersk L,

        Defendant.
------------------------------------------------------------------X
A.P. MOLLER-MAERSK A/S,

        Third-Party Plaintiff,

  -against-

BNSF RAILWAY COMPANY,

        Third-Party Defendant.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

07 CV 10947 (BSJ)
ECF CASE

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for third-party defendant BNSF RAILWAY COMPANY, private non-governmental party, certifies that the following are corporate parents, subsidiaries, or affiliates of said parties which are publicly held:

See attached sheet

460145.1 DocsNY

Dated: New York, New York
       June 3, 2008

                                      Respectfully submitted,

                                      LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
                                      Ronald E. Joseph (RJ 9302)
                                      Attorneys for Third-Party Defendant
                                      BNSF RAILWAY COMPANY
                                      120 Broadway, 27th Floor
                                      New York, New York 10271-0079
                                      (212) 238-4800

TO:    FREEHILL, HOGAN & MAHAR LLP
        Attorneys for Defendant and Third-Party Plaintiff
        A.P. MOLLER-MAERSK A/S
        80 Pine Street
        New York, New York 10005-1759
        (212) 425-1900

        McDERMATT & RADZIK LLP
        88 Pine Street
        New York, New York 10005-1801



<u>AFFIDAVIT OF SERVICE BY MAIL</u>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      RYAN NEW, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

      That on the 3rd day of June, 2008, deponent served the within **RULE 7.1 STATEMENT** upon:

      FREEHILL, HOGAN & MAHAR LLP
      80 Pine Street
      New York, New York 10005-1759

      McDERMATT & RADZIK LLP
      88 Pine Street
      New York, New York 10005-1801

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                    Ryan New

Sworn to before me this
3rd day of June, 2008

_____
       Notary

REGINA CAJIGAS
Notary Public, State of New York
No. 01CA6032498
Qualified in Kings County
Commission Expires November 1, 20 09