UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERICAN HOME ASSURANCE COMPANY, as
subrogee of CROWN EQUIPMENT CORPORATION,

      Plaintiff,

- against -

PANALPINA, INC. and A.P. MOLLER-MAERSK A/S
d/b/a Maersk Sealand and/or Maersk L,

      Defendant.
------------------------------------------------------------------X
A.P. MOLLER-MAERSK A/S,

      Third-Party Plaintiff,

    -against-

BNSF RAILWAY COMPANY,

      Third-Party Defendant.
------------------------------------------------------------------X

07 CV 10947 (BSJ)
ECF CASE

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that on behalf of third-party defendant BNSF RAILWAY COMPANY, the undersigned attorney will appear as counsel of record.

      **PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon third-party defendant BNSF RAILWAY COMPANY should be served upon the undersigned and all electronic notifications will be sent to AYao@lcbf.com.

Dated: New York, New York
          June 13, 2008

463703.1 DocsNY

                Respectfully submitted,

                LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
       Arjay G. Yao (AY 0506)
       Attorneys for Third-Party Defendant
       BNSF RAILWAY COMPANY
       120 Broadway, 27th Floor
       New York, New York 10271-0079
       (212) 238-4800

TO:     FREEHILL, HOGAN & MAHAR LLP
          Attorneys for Defendant and Third-Party Plaintiff
          A.P. MOLLER-MAERSK A/S
          80 Pine Street
          New York, New York 10005-1759
          (212) 425-1900

          McDERMATT & RADZIK LLP
          88 Pine Street
          New York, New York 10005-1801

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

RYAN NEW, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

That on the 13th day of June, 2008, deponent served the within **NOTICE OF APPEARANCE** upon:

> FREEHILL, HOGAN & MAHAR LLP
> 80 Pine Street
> New York, New York 10005-1759
>
> McDERMATT & RADZIK LLP
> 88 Pine Street
> New York, New York 10005-1801

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Ryan New

Sworn to before me this
13th day of June, 2008

_____
Notary

AMEET B. KABRAWALA
Notary Public, State of New York
No. 02KA6144322
Qualified in Kings County
Commission Expires April 24, 20__